**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

        **v.**          **No. 3:11-cr-30009**

**DAVID BYRON THOMPSON**                                               **DEFENDANT**

## O R D E R

    Now on this 30th day of July 2013, comes on for consideration the **Government's Amended Motion for Reduction of Sentence Pursuant to Rule 35(b) of the Federal Rules of Civil Procedure** (document #29). The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On July 17, 2012, the Court sentenced the defendant to 151 months' imprisonment, followed by thirty years of supervised release, after the defendant pled guilty to the offense of Distribution of Visual Depictions of Child Pornography, 18 U.S.C. § 2252(a)(2).

    2. On June 20, 2013, the government filed a motion pursuant to Federal Rule of Criminal Procedure 35(b) in which it asked the Court to adjust the applicable sentencing guidelines to allow for a range of 121 to 151 months' imprisonment, based on the defendant's post-sentencing assistance in investigating certain child-pornography suspects.

    3. The government amended its motion on July 3, 2013, to request a specific sentence reduction to 121 months' imprisonment.

4.  **Federal Rule of Criminal Procedure 35(b)(1)** allows the Court, upon the government's motion, to reduce a sentence if the defendant has provided substantial assistance in investigating or prosecuting another person. Whether to reduce a sentence under this rule is within the discretion of the sentencing Court. **Lee v. United States**, 501 F.2d 494, 501 (8th Cir. 1974).

5.  In its motion, the government stated that the defendant has provided substantial assistance in detecting certain individuals who exchange images of child pornography as members of internet groups using peer-to-peer file-sharing programs. It further stated that the defendant allowed a government agent to assume his online identity in participating in these internet groups.

Although the defendant's assistance has not yet resulted in a federal prosecution, the government contended that the defendant was truthful, complete, and reliable and that he created credible leads for investigators to pursue.

6.  Based on the foregoing information, the Court finds that, after sentencing, the defendant substantially assisted the government in investigating criminal activity. Therefore, a reduction of his sentence is appropriate. The Court finds a reduction to a term of 121 months' imprisonment is reasonable and will so order it under a separate amended judgment.

**IT IS THEREFORE ORDERED** that the **Government's Amended Motion**

**for Reduction of Sentence Pursuant to Rule 35(b) of the Federal Rules of Civil Procedure** (document #29) is hereby **granted.** An amended judgment reflecting a reduced sentence of 121 months' imprisonment will be entered separately.

    **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**